UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER A. FUENTES,

           Plaintiff,

-against-

THE DISTRICT OF ATTORNEY OF NYC;
R. REED, SCC, C.A.P. UNIT; RUBY
KRAJICK,

           Defendants.

19-CV-4467 (LLS)

CIVIL JUDGMENT

Pursuant to the order issued June 5, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   June 5, 2019
           New York, New York

                                                _Louis L. Stanton_
                                                   Louis L. Stanton
                                                        U.S.D.J.